AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DAVID HALL,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO. C2-09-495

**EDWARD T. SHELDON,**    JUDGE EDMUND A. SARGUS, JR.
**WARDEN, et al.,**    MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Opinion and Order filed July 29, 2010, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.


Date: July 29, 2010          JAMES BONINI, CLERK


        */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk